Morris Kreitman, Respondent, v. Walter Beh, Doing Business under the Firm Name, etc., Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $8,114.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Merrell, J., dissents and votes for reversal and to dismiss the complaint on the ground that there was no negligence shown on the part of defendant, and that as matter of law plaintiff was guilty of contributory negligence.

Morris Kreitman, Respondent, v. Walter Beh, Trading under the Firm Name, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

The Association of Ice Cream Supply Men, Appellant, v. Ice Cream Manufacturers Supply Association, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Elmer Freund, Appellant, v. Adaline Freund, Also Known as Ada Freund, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

William J. Schieffelin, Respondent, v. Dominick Henry and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Gregory B. Stolberg and Another, Respondents, v. Grace-American International Corporation and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

The Tecla Corporation, Respondent, v. Salon Tecla, Ltd., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Dowling and Martin, JJ., dissent.

Heiman Sapery, Respondent, v. United American Metals Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Viola Brothers Shore, Respondent, v. Forrest Knox and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissent.

Bernroy, Inc., Respondent, v. Victorian Realty Co., Inc., Defendant. Lila Camas, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

Anna Green, Respondent, v. Jacob Green and Others, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

The Enossis Publishing Co., Inc., Respondent, v. Anglo-American Securities Co., Inc., Defendant, Impleaded with Anglo-American Bank of Greece, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.